# United States Bankruptcy Court
## Middle District of Florida

In re   **Environmental and Technical Services Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Environmental and Technical Services Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  8, 2023**

Date

**/s/ Christopher J. Shipley**

**Christopher J. Shipley 0568831**

Signature of Attorney or Litigant

Counsel for   **Environmental and Technical Services Inc.**

**Shipley Law Firm**

**20110 U.S. Highway 441**
**Suite A**
**Mount Dora, FL 32757-6901**
**(352) 383-3397 Fax:(352) 383-1364**
**bankruptcy@shipleylawfirm.com**